UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JEFFREY BERNSTEIN,
VINCENT CURCIO, and
JOHN ANGELONE,

      Plaintiffs,

vs.

TOWN OF JUPITER, a municipal
corporation,

      Defendant.

_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. § 1446, Defendant, TOWN OF JUPITER ("Town"), hereby invokes the jurisdiction of this Court under 28 U.S.C. §§ 1331, 1441 and 1453, and states the following grounds for removal of this case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.     This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law.

### TIMELINESS OF REMOVAL

2.     On June 2, 2021, Plaintiffs, Jeffrey Bernstein, Vincent Curcio, and John Angelone, commenced a civil action against the Town by filing a Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 502021CA006889XXXXMB. A true and correct copy of the Complaint is within the state court file, a copy of which is attached hereto as **Exhibit A**.

3.    The Summons and Complaint were served on the Town on June 18, 2021.

4.    The Town has not served any answer or responsive pleading to Plaintiffs' Complaint or made any appearance or argument before the Circuit Court in this matter.

5.    This Notice is filed with this Court within thirty (30) days after the Town was served with process. This Notice is filed before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6.    In accordance with 28 U.S.C. § 1446(a), true and correct copies of additional court filings in this matter are attached hereto as **Exhibit B**: (a) Civil Cover Sheet; (b) Complaint; (c) Summons issued to the Town; (d) Return of Service; and (e) Differentiated Case Management Plan Standing Order.

7.    A removal is not proper unless "all defendants who have been properly joined and served . . . consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). The Town is the only named defendant in this action.

8.    Pursuant to 28 U.S.C. § 1446(d), the Town will provide promptly written notice of the removal to all adverse parties in this action.

<u>FEDERAL QUESTION JURISDICTION</u>

9.    It affirmatively appears from the allegations of the Complaint filed by Plaintiffs, that this Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 (Federal Question) because Plaintiffs allege violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et. seq. *See* Complaint, Count I (Recovery of Unpaid Overtime – Violation of the FLSA, 29 U.S.C. § 207 on Behalf of Plaintiffs (and Those Similarly Situated) Against Defendant) and Count II (Recovery of Unpaid Overtime – Violation of the FLSA, Alternate 7(k) Claim on Behalf of Plaintiffs (and Those Similarly Situated) Against Defendant).

10.    Removal of this action to this Court is proper pursuant to 28 U.S.C. §§ 1441 and 1453.

VENUE

11.    Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

12.    Palm Beach County, Florida, is within the territorial jurisdictional limits of this Court. 28 U.S.C. § 89(c).

13.    The Town submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pled claims upon which relief can be granted.

14.    Contemporaneously with this filing, the Town is also filing a Notice of Removal with the Clerk of the Court for the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notice of Removal is attached as **Exhibit C**.

WHEREFORE, Defendant respectfully requests this action be removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to this Court.

Jones Foster P.A.
Attorneys for the Town of Jupiter
505 South Flagler Drive, Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475
Telephone: (561) 650-0409
Facsimile: (561) 650-5300
Email: mgore@jonesfoster.com;
joconnor@jonesfoster.com


By:    */s/ Michael J. Gore*
       MICHAEL J. GORE
       Florida Bar No. 0071886
       JOANNE M. O'CONNOR
       Florida Bar No: 498807

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Michael J. Gore
Michael J. Gore
Florida Bar No. 0071886

### Service List

Michael J. Pike, Esq.
Florida Bar No.: 617296
Robert C. Johnson, Esq.
Florida Bar No.: 116419
Email: pleadings@pikelustig.com
Pike & Lustig, LLP
1209 N. Olive Ave.
West Palm Beach, FL 33401
*Attorneys for Plaintiffs*

p:\docs\26503\00063\PLD\2325928.DOCX