**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 21-81215-CV-MIDDLEBROOKS

JEFFREY BERNSTEIN, VINCENT CURCIO
and JOHN ANGELONE,

      Plaintiffs,

v.

TOWN OF JUPITER, a municipal corporation,

      Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon the Mediation Report, filed December 1, 2021. (DE 85). The Parties' Mediator Robyn S. Hankins represents that the Parties have resolved this matter. (*Id.*). The Court congratulates the Parties on reaching an amicable resolution of this case. A Joint Stipulation of Dismissal shall be filed within 10 days, or by December 13, 2021.

The Parties are advised that their settlement does not stay litigation. However, I was prepared to extend Plaintiffs' November 29, 2021 deadline to provide amended interrogatory answers (DE 79) until December 1, 2021 at 12:00pm pursuant to Plaintiffs' unopposed request. (*See* DE 84). I will extend that deadline until December 13, 2021. In light of the pending settlement, I will also extend the Parties' deadlines to respond to the cross-motions for summary judgment (DE 63; DE 70; DE 71) until December 13, 2021. The Parties are advised that **the failure to finalize their settlement agreement and file a Joint Stipulation of Dismissal by December 13, 2021 will not constitute good cause to extend any pretrial deadlines or continue the January 3, 2022 trial date**. By December 13, 2021, the Parties shall either file a Joint Stipulation of Dismissal or file their responses to the cross-motions for summary judgment and, for Plaintiffs,

their amended interrogatory answers. Moreover, the Parties are advised that I will not extend the December 13, 2021 deadline absent compelling circumstances.

If the Parties so desire, they may move the court to retain jurisdiction to enforce the terms of their settlement, and I will grant such a request if made before closing the case, or if the stipulated dismissal is conditioned thereon.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Parties **SHALL FILE** a Joint Stipulation of Dismissal on or by **December 13, 2021**.

(2) Plaintiffs' deadline to provide amended interrogatory answers (DE 79) is extended from November 29, 2021 to **December 13, 2021**.

(3) Plaintiffs' deadline to respond to Defendant's Motions for Summary Judgment (DE 70; DE 71) is extended from December 2, 2201 to **December 13, 2021**.

(4) Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment (DE 63) is extended from December 2, 2021 to **December 13, 2021**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of December, 2021.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record